AO 108 (Rev. 06/09) Application for a Warrant to Seize Property Subject to Forfeiture          AUSA Greenberg

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

MAY -3 2013

AT GREE...
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
All monies and other things of value in Wells Fargo ) Case No. 13 - 848 WC
account number 1010177040759 )
)

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of ____Maryland____ is subject to forfeiture to the United States of America under _____ U.S.C. § _____ *(describe the property)*:

Property is subject to forfeiture under 21 U.S.C. § 853.

Please see Attachment A.

The application is based on these facts:

Please refer to attached Affidavit

☑ Continued on the attached sheet.

_____
*Applicant's signature*

James Stull, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 19, 2013

_____
*Judge's signature*

City and state: Greenbelt, MD          William Connelly, Chief U.S. Magistrate Judge
*Printed name and title*